**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-4203**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

STEVEN J. KEY,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Elizabeth V. Hallanan, Senior District Judge.  (CR-95-195)

─────────────

Submitted:  March 11, 1999          Decided:  March 17, 1999

─────────────

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert F. Cohen, Jr., Natalie J. Sal, COHEN, ABATE & COHEN, L.C., for Appellant.  Rebecca A. Betts, United States Attorney, Philip J. Combs, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Key appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. Key sought reconsideration of his criminal conviction and sentence while his direct appeal was still pending. Because Rule 60(b) is inapplicable to criminal cases and because the district court lacked jurisdiction to reconsider Key's conviction while it was pending on appeal, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED